UNITED STATES DISTRICT COURT RECEIVED
DISTRICT OF MINNESOTA

NOV 15 2022

**Billie Edmonds**

Plaintiff(s),

vs.

**Intermediate School District #917**
**Shannon Brennan**
**Meghan Dobson**

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA
Case No. 22-cv-2917 PJS/JFD
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES ✔   NO ☐

Defendant(s).

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   | | |
   |---|---|
   | Name | **Billie Edmonds** |
   | Street Address | **Lot # 1054 PO Box 17370** |
   | County, City | **Rasmey County, Saint Paul** |
   | State & Zip Code | **Minnesota 55117** |
   | Telephone Number | **(651) 261-7784** |

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address

SCANNED
NOV 15 2022
U.S. DISTRICT COURT MPLS

where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a.  Defendant No. 1

    Name               **Intermediate School District #917**

    Street Address    **1300 145th St E**

    County, City     **Dakota County, Rosemount**

    State & Zip Code  **Minnesota 55068**

b.  Defendant No. 2

    Name               **Shannon Brennan**

    Street Address    **14300 Biscayne Ave W**

    County, City     **Dakota County, Rosemount**

    State & Zip Code  **Minnesota 55068**

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER. Check here if additional sheets of paper are attached:** ☑
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3.  This employment discrimination lawsuit is based on (check only those that apply):

    a.  ☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.  **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

    b.  ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In*

2

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c. ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability.  **NOTE**: *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. ☑ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.  **NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. ☑ Other (Please describe.)

**UNFAIR DISCRIMINATORY PRACTICES RELATING TO EMPLOYMENT OR UNFAIR EMPLOYMENT PRACTICE.**
**363A.14 AIDING AND ABETTING AND OBSTRUCTION.**
**363A.15 REPRISALS.**
**363A.13 EDUCATIONAL INSTITUTION.§Subdivision 1.Utilization; benefit or services.  29. U.S.C. § 158 Unfair labor practices**

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:


(Street Address)                    (City/County)         (State)          (Zip Code)

5. When did the discrimination occur?  Please give the date or time period:

   **2019/2020    2020/2021 School calendar**

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

   a. ☑ Yes     Date filed: _August 2021_

   b. ☐ No

7. Have you received a Notice of Right-to-Sue Letter?

3

a. ☑ Yes    If yes, please attach a copy of the letter to this complaint.

b. ☐ No

## NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

a. ☐ Failure to hire me

b. ☑ Termination of my employment

c. ☐ Failure to promote me

d. ☐ Failure to accommodate my disability

e. ☑ Terms and conditions of employment differ from those of similar employees

f. ☑ Retaliation

g. ☑ Harassment

h. ☑ Other conduct (please specify):
   **intimidation**

i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

☑ Yes    ☐ No

9. I believe that I was discriminated against because of my (check all that apply):

a. ☑ Race

b. ☑ Religion

c. ☑ National origin

d. ☑ Color

e. ☐ Gender

f. ☐ Disability

g. ☐ Age (my birth year is: _____ )

h. ☑ Other (please specify):

**Equality**

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☒ Yes      ☐ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10.

**10. Plaintiff, Billie Edmonds is a resident of the State of Minnesota.**
**11.Defendant, Intermediate School District No. 917, provides special education, career and technical education, and alternative education with its principal place of business located in Rosemount, Dakota County, Minnesota.**
**12.Defendant, Shannon Brennan is a resident of the State of Minnesota.**
**13.Defendant, Meghan Dobson is a resident of the State of Minnesota.**
**14.This court has jurisdiction over Plaintiff ' s claim pursuant to 28 U.S.C. § 1331.**
**15.Plaintiff began working for Defendant in July 2017, as a Paraprofessional and accepted other positions when needed by the District request . In 2019, Plaintiff was promoted to Program Assistant, at Alliance Education Center.**
**16. Plaintiff was a woman of color.**
**17.During the time she worked for Defendant Intermediate School District No. 917**
**18. Alliance Education had less than (5) five percent of licensed teachers of color.**
**19.Plaintiff was a paid Union Member of Special Education Program Assistants Federation Local # 4242 AFT, NEA, Education Minnesota AFLCIO.**
**Plaintiff and Defendant Intermediate School District No. 917 had a Board Approved contract.**

Attach additional sheets of paper as necessary.

Check here if additional sheets of paper are attached: ✔

Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

**WHEREFORE, Plaintiff requests that this Court:**
**1. Declare and adjudge that Defendant has engaged in the violations of law set forth herein;**
**2. Enjoin Defendant from engaging in such unlawful conduct in the future;**
**3. Order Defendant to make Plaintiff whole by providing compensation for her wage loss and other damages, in amounts to be proven at trial;**
**4. Grant such other and further relief as the Court may deem just and appropriate.**

Date: 11/15/2022

Signature of Plaintiff

Mailing Address     **Lot # 1054**
**PO Box 17370**
**Saint Paul, MN 55117**

Telephone Number 651-261-7784

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

6