# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-2424

_____

Billie Edmonds

Plaintiff - Appellant

v.

Intermediate School District 917; Shannon Brennan; Meghan Dobson

Defendants - Appellees

------

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-02917-PJS)

------

**JUDGMENT**

Before LOKEN, COLLOTON, and ERICKSON, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction as untimely.

July 18, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans