# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2424

Billie Edmonds

Appellant

v.

Intermediate School District 917, et al.

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-02917-PJS)

---

## MANDATE

In accordance with the judgment of July 18, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 09, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit